# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-10724
Summary Calendar

_____

United States of America,

Plaintiff—Appellee,

versus

Jose Pavo Martinez,

Defendant—Appellant.

United States Court of Appeals
Fifth Circuit

**FILED**
March 21, 2023

Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CR-229-2

_____

Before Stewart, Dennis, and Willett, Circuit Judges.

Per Curiam:*

The attorney appointed to represent Jose Pavo Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10724

Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.